UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Elizabeth A. Rigg | § | Case No. 17-22211 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,400.00<br>*(Without deducting any secured claims)* | Assets Exempt: 32,550.00 |
| Total Distributions to Claimants: 2,922.72 | Claims Discharged<br>Without Payment: 65,286.08 |
| Total Expenses of Administration: 991.78 | |

    3) Total gross receipts of $ 3,914.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,914.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 991.78 | 991.78 | 991.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,632.86 | 36,864.58 | 36,864.58 | 2,922.72 |
| **TOTAL DISBURSEMENTS** | $ 66,632.86 | $ 37,856.36 | $ 37,856.36 | $ 3,914.50 |

4) This case was originally filed under chapter 7 on 07/26/2017 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/30/2018　　　　　　By: /s/Zane L. Zielinski, Trustee
　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2016 Tax Return | 1124-000 | 3,882.32 |
| Other Receipts | 1290-000 | 32.18 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,914.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 970.58 | 970.58 | 970.58 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 11.20 | 11.20 | 11.20 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 991.78 | $ 991.78 | $ 991.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Austin's Violin Shop, 316 Wheeler Rd. Sugar Grove, IL 60554-9787 | | 305.00 | NA | NA | 0.00 |
| | BMO Harris, Attn: Bankruptcy 770 N Water St Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank / National Pymt. Service, Mail Code OH1-1272 PO Box 182223 Columbus, OH 43218 | | 334.14 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 789.55 | NA | NA | 0.00 |
| | Check Systems, Inc., Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Choice Recovery, Inc., 1550 Old Henderson Rd. Suite S100 Columbus, OH 43220-3662 | | 393.90 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy Po Box 790040 S Louis, MO 63129 | | 0.00 | NA | NA | 0.00 |
| | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy Po Box 790040 S Louis, MO 63129 | | 0.00 | NA | NA | 0.00 |
| | Collection Professionals, P.O. Box 416 La Salle, IL 61301 | | 1,942.59 | NA | NA | 0.00 |
| | Comenity Bank/Victoria Secret, Attn: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Congress Park School, 9311 Shields Avenue Brookfield, IL 60513 | | 115.75 | NA | NA | 0.00 |
| | Congress Park School, 9311 Shields Avenue Brookfield, IL 60513 | | 338.75 | NA | NA | 0.00 |
| | Congress Park School, 9311 Shields Avenue Brookfield, IL 60513 | | 270.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit One Bank Na, Po Box 98873 Las Vegas, NV 89193 | | 1,339.23 | NA | NA | 0.00 |
| | Creditors Collection Bureau, Inc., PO Box 63 Kankakee, IL 60901-0063 | | 75.80 | NA | NA | 0.00 |
| | DIRECTV, P.O. Box 5007 Carol Stream, IL 60197-5007 | | 410.35 | NA | NA | 0.00 |
| | Efg Tech/rush Univ | | 0.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC, P.O. Box 740256 Atlanta, GA 30374-0256 | | 0.00 | NA | NA | 0.00 |
| | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd Jacksonville, FL 32256 | | 124.00 | NA | NA | 0.00 |
| | Experian, P.O. Box 9701 Allen, TX 75013-9701 | | 0.00 | NA | NA | 0.00 |
| | Fair Collections & Outsourcing, 12304 Baltimore Ave Suite E Beltsville, MD 20705 | | 3,627.00 | NA | NA | 0.00 |
| | Federal National Mortgage Assc., P.O. Box 13370 Arlington, TX 76094 | | 8,400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HARRIS & HARRIS, LTD., 111 W. Jackson Boulevard Suite 400 Chicago, IL 60604 | | 52.08 | NA | NA | 0.00 |
| | Healthcare Assoc Cr Un, 1151 E Warrenville Naperville, IL 60566 | | 0.00 | NA | NA | 0.00 |
| | Healthcare Assoc Cr Un, 1151 E Warrenville Naperville, IL 60566 | | 0.00 | NA | NA | 0.00 |
| | Kohls/Capital One, Kohls Credit Po Box 3043 Milwaukee, WI 53201 | | 727.14 | NA | NA | 0.00 |
| | Law Offices of Joel Cardis LLC, 2006 Swede Rd. Suite 100 Lynnfield, MA 01940-1000 | | 373.39 | NA | NA | 0.00 |
| | Lily May Development Group, LLC, 501 Willow Blvd Suite 102 Willow Springs, IL 60480 | | 5,860.81 | NA | NA | 0.00 |
| | LVNV Funding, Po Box 10497 Greenville, SC 29603 | | 1,339.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Municipal Collection Services, Inc., P.O. Box 327 Palos Heights, IL 60463 |  | 60.00 | NA | NA | 0.00 |
|  | Municipal Collection Services, Inc., P.O. Box 327 Palos Heights, IL 60463 |  | 60.00 | NA | NA | 0.00 |
|  | NCO Financial Systems, Inc., P.O. Box 17213 Wilmington, DE 19850 |  | 572.00 | NA | NA | 0.00 |
|  | NCO Financial Systems, Inc., P.O. Box 17213 Wilmington, DE 19850 |  | 357.70 | NA | NA | 0.00 |
|  | NCO Financial Systems, Inc., P.O. Box 17213 Wilmington, DE 19850 |  | 214.30 | NA | NA | 0.00 |
|  | PM Music Center, 4411 Fox Valley Center Dr. Aurora, IL 60504 |  | 48.00 | NA | NA | 0.00 |
|  | Prfrd Cus Ac, Po Box 94498 Las Vegas, NV 89193 |  | 0.00 | NA | NA | 0.00 |
|  | Recmgmt Srvc, 240 Emery St Bethlehem, PA 18015 |  | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | School District 102, 325 North Park Rd. La Grange Park, IL 60526 | | 62.60 | NA | NA | 0.00 |
| | School District 102, 325 North Park Rd. La Grange Park, IL 60526 | | 91.50 | NA | NA | 0.00 |
| | Smith-Perry Eye Center, 950 N. York Rd. Ste. 203 Hinsdale, IL 60521 | | 80.00 | NA | NA | 0.00 |
| | Synchrony Bank/Gap, Attn: Bankruptcy Po Box 956060 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/Old Navy, Attn: Bankruptcy Po Box 956060 Orlando, FL 32896 | | 2,256.29 | NA | NA | 0.00 |
| | Synchrony Bank/Sams, Attn: Bankruptcy Po Box 965060 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Thornberry Woods Apartments, 7630 Gladstone Dr. Naperville, IL 60565 | | 0.00 | NA | NA | 0.00 |
| | TransUnion Consumer Solutions, P.O. Box 2000 Chester, PA 19022-2002 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transworld Systems, Inc, 507 Prudential Road Horsham, PA 19044 | | 283.66 | NA | NA | 0.00 |
| | Village of Brookfield, 8820 Brookfield Avenue Brookfield, IL 60513 | | 439.19 | NA | NA | 0.00 |
| | Wells Fargo Dealer Services, Attn: Bankruptcy Po Box 19657 Irvine, CA 92623 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Dealer Services, Attn: Bankruptcy Po Box 19657 Irvine, CA 92623 | | 0.00 | NA | NA | 0.00 |
| 10 | Armor Systems Corp | 7100-000 | 75.00 | 75.00 | 75.00 | 5.87 |
| 8 | Capital One Bank (Usa), N.A. | 7100-000 | 11,298.00 | 11,354.32 | 11,354.32 | 890.29 |
| 7 | Capital One, N.A. | 7100-000 | 0.00 | 727.14 | 727.14 | 57.01 |
| 9 | Directv, Llc | 7100-000 | NA | 410.35 | 410.35 | 64.36 |
| 3 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | 2,082.94 | 2,229.30 | 2,229.30 | 174.80 |
| 6 | Midland Funding, Llc | 7100-000 | 2,256.00 | 2,256.29 | 2,256.29 | 176.91 |
| 2 | Navient Solutions, Llc | 7100-000 | 10,859.00 | 10,660.50 | 10,660.50 | 835.89 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Portfolio Recovery Associates, Llc | 7100-000 | 1,413.69 | 1,413.69 | 1,413.69 | 110.85 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | 404.01 | 404.01 | 404.01 | 31.68 |
| 1 | Sacor Financial, Inc. | 7100-000 | 6,900.00 | 7,333.98 | 7,333.98 | 575.06 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 66,632.86 | $ 36,864.58 | $ 36,864.58 | $ 2,922.72 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 17-22211 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Elizabeth A. Rigg | | | | Date Filed (f) or Converted (c): | 07/26/2017 (f) |
| | | | | | 341(a) Meeting Date: | 08/24/2017 |
| For Period Ending: | 08/30/2018 | | | | Claims Bar Date: | 12/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2004 Honda Pilot Mileage: 205,000 /Kelley Blue Book | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 2. Miscellaneous Household | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Electronics | 200.00 | 0.00 | | 0.00 | FA |
| 4. Everyday Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 6.00 | 0.00 | | 0.00 | FA |
| 7. Pnc Bank - 1035 | 465.00 | 0.00 | | 0.00 | FA |
| 8. Hinsdale | 25,000.00 | 0.00 | | 0.00 | FA |
| 9. Rush | 0.00 | 0.00 | | 0.00 | FA |
| 10. Security Deposit | 2,950.00 | 0.00 | | 0.00 | FA |
| 11. 2016 Tax Return | 6,831.00 | 0.00 | | 3,882.32 | FA |
| 12. Ex-Spouse Has Not Complied With Court Order - $671.00 Biwee | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $39,952.00   $2,500.00   $3,882.32   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/2018    Current Projected Date of Final Report (TFR): 03/31/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-22211 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Elizabeth A. Rigg | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2385 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8276 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/18 | 11 | Elizabeth Rigg<br>715 Pelican Lane<br>Peotone, IL 60468 | 2016 Tax Refund | 1124-000 | $3,882.32 | | $3,882.32 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,872.32 |
| 04/09/18 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $981.78 | $2,890.54 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($970.58) 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($11.20) 2200-000 | | | |
| 04/09/18 | 5002 | Sacor Financial, Inc.<br>1911 Douglas Blvd., #85-205<br>Roseville, Ca 95661 | Final distribution to claim 1 representing a payment of 7.84 % per court order. | 7100-000 | | $575.06 | $2,315.48 |
| 04/09/18 | 5003 | Navient Solutions, Llc<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 2 representing a payment of 7.84 % per court order. | 7100-000 | | $835.89 | $1,479.59 |
| 04/09/18 | 5004 | Lvnv Funding, Llc Its Successors And Assigns As<br>Assignee Of Fnbm Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 3 representing a payment of 7.84 % per court order. | 7100-000 | | $174.80 | $1,304.79 |
| 04/09/18 | 5005 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Abt Electronics)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 4 representing a payment of 7.84 % per court order. | 7100-000 | | $110.85 | $1,193.94 |
| 04/09/18 | 5006 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank(Jc Penney)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 5 representing a payment of 7.84 % per court order. | 7100-000 | | $31.68 | $1,162.26 |
| | | | Page Subtotals: | | $3,882.32 | $2,720.06 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-22211 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Elizabeth A. Rigg | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2385 |
| | Checking |
| Taxpayer ID No: XX-XXX8276 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/18 | 5007 | Midland Funding, Llc<br>Midland Credit Management, Inc. As Agent For Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 6 representing a payment of 7.84 % per court order. | 7100-000 | | $176.91 | $985.35 |
| 04/09/18 | 5008 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 7 representing a payment of 7.84 % per court order. | 7100-000 | | $57.01 | $928.34 |
| 04/09/18 | 5009 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 8 representing a payment of 7.84 % per court order. | 7100-000 | | $890.29 | $38.05 |
| 04/09/18 | 5010 | Directv, Llc<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 9 representing a payment of 7.84 % per court order. | 7100-000 | | $32.18 | $5.87 |
| 04/09/18 | 5011 | Armor Systems Corp<br>1700 Kiefer Dr. Ste 1<br>Zion, Il 60099-5105 | Final distribution to claim 10 representing a payment of 7.84 % per court order. | 7100-000 | | $5.87 | $0.00 |
| 05/08/18 | | American Infosource LP<br>%847 San Felipe #1200<br>Houston, TX 77057 | Returned Check | 1290-000 | $32.18 | | $32.18 |
| 05/16/18 | 5012 | Directv, Llc<br>By American Infosource Lp As Agent<br>PO Box 5008<br>Carol Stream, IL 60197 | Distribution | 7100-000 | | $32.18 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,914.50 | $3,914.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,914.50 | $3,914.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,914.50 | $3,914.50 |

| | | |
|---|---:|---:|
| Page Subtotals: | $32.18 | $1,194.44 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2385 - Checking | $3,914.50 | $3,914.50 | $0.00 |
|  | $3,914.50 | $3,914.50 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,914.50 |
| Total Gross Receipts: | $3,914.50 |

Page Subtotals:    $0.00    $0.00